UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

    Plaintiff,

        v.                                   Case No. 1:22mj455

Jermaine Thomas,

    Defendant.

### ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on August 19, 2023 (Doc. 36).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties may forfeit rights on appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 36) have been filed and the time to do so has expired.

Accordingly, it is **ORDERED** that the R&R (Doc. 36) of the Magistrate Judge is hereby **ADOPTED**. Consistent with the recommendation by the Magistrate Judge, Defendant's motion to dismiss the criminal complaint based on a speedy trial violation (Doc. 29) is **GRANTED** and the criminal complaint is **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED.**

                                                *s/Michael R. Barrett*
                                                Michael R. Barrett, Judge
                                                United States District Court